IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHARLANDO PICKETT, #178456, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-898-WKW |
| | ) [WO] |
| RON COOPER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On November 3, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation (Doc. # 6) is ADOPTED and that this action is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk of the Court is DIRECTED to close this case.

DONE this 3rd day of December, 2014.

/s/   W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE